JEFFREY P. OSSEN *v.* GAIL WANAT ET AL.

The named defendant's petition for certification for appeal from the Appellate Court, 21 Conn. App. 40, is granted, limited to the following issues:

"1. Did the Appellate Court err in holding that the constitutional issues raised by the defendants need not have been considered by the trial court in a summary process action?

"2. Did the Appellate Court err in concluding that the motion of the defendants to sell their mobile home on the leased premises pursuant to General Statutes § 21-79 during the pendency of the summary process action was properly denied?"

*F. Woodward Lewis, Jr.,* in support of the petition.

*Barry T. Pontolillo,* in opposition.

Decided April 20, 1990

MICHAEL GEDEON *v.* FIRST NATIONAL SUPERMARKETS, INC.

The plaintiff's petition for certification for appeal from the Appellate Court, 21 Conn. App. 20, is denied.

*Sydney T. Schulman,* in support of the petition.

*Jeffrey J. Mirman,* in opposition.

Decided April 25, 1990